# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Roy Jay,  )<br>  )<br>           Plaintiff,  )<br>  )<br>v.  )<br>  )<br>Nancy Bean et al;  )<br>  )<br>           Defendant (s).  )<br>  ) | Civil Action No. 24-CV-11937-AK |

## ORDER OF DISMISSAL

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order [Dkt. 33] entered on 1/28/2025, it is hereby **ORDERED** that the above-entitled action be, and hereby is, **DISMISSED**.

Dated: 1/28/2025                                                By the Court,

                                                                /s/ Courtney Horvath
                                                                Deputy Clerk